

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>Adelina Cristobal<br><br>DEFENDANT(S). | CASE NUMBER<br><br>13-174M-1<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ___deft___, IT IS ORDERED that a detention hearing is set for ___1-31-13___, _____, at ___10:30___ ☒ a.m. / ☐ p.m. before the Honorable RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE, in Courtroom ___540, Roybal___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: ___1/28/13___      _____
U.S. District Judge/Magistrate Judge