JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Adelina Cristobal,<br><br>      Petitioner,<br><br>  v.<br><br>United States of America,<br><br>      Respondent. | CASE NO. 2:17-CV-194-JLS<br>        2:13-cr-94-JLS-1<br>**JUDGMENT** |

     The Court, having denied Petitioner's Motion to Vacate, Set Aside or Correct Sentence, IT IS ADJUDGED that this action is DISMISSED WITH PREJUDICE.

     The Clerk shall close the case.

     Dated: August 17, 2017

_____
The Hon. Josephine L. Staton
United States District Judge